1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   JAMAL THOMPSON,                )      No. CV 12-4668-DDP(CW)
                                     )
13             Petitioner,          )      JUDGMENT
                                     )
14        v.                        )
                                     )
15   R.J.RACKLEY (Warden)           )
                                     )
16             Respondent.          )
     _____)

17

18        **IT IS ADJUDGED** that the Petition is dismissed for failure to

19   state a cognizable federal claim.

20

21   DATED:   August 10, 2012

22

23                                   _____
                                              DEAN D. PREGERSON
24                                     United States District Judge

25

26

27

28