1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12  JAMAL THOMPSON,              )     No. CV 12-4668-DDP(CW)
                                 )
13                 Petitioner,   )     JUDGMENT
                                 )
14          v.                   )
                                 )
15  R.J.RACKLEY (Warden)         )
                                 )
16                 Respondent.   )
    ─────────────────────────────)
17
18      **IT IS ADJUDGED** that the Petition is dismissed for failure to

19  state a cognizable federal claim.

20
21  DATED:  _August 10, 2012_

22
23                                   _____
24                                      DEAN D. PREGERSON
                                     United States District Judge
25
26
27
28